UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JACQUELINE E. BRUNO,                    :

        Plaintiff,              :

        -v-                     :

MICHAEL J. ASTRUE, COMMISSIONER OF     :
SOCIAL SECURITY,                        :

        Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

09 Civ. 4690 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

       On September 16, 2010, the Honorable Debra Freeman, United

States Magistrate Judge, issued a Report and Recommendation

("Report") in the above-captioned matter recommending that the

Court grant the defendant's motion for judgment on the pleadings

and affirm the final decision of the Commissioner of Social

Security to grant disability benefits to pro se plaintiff

Jacqueline Bruno as of September 21, 2004.  On October 18, 2010,

Ms. Bruno filed objections to the Report.  Accordingly, the Court

reviewed plaintiff's objections and the underlying record de novo.

Having done so, the Court finds itself in complete agreement with

the well-reasoned Report, which the Court hereby adopts by

reference.  Thus, for the reasons stated in the Report, the Court

hereby grants the motion and dismisses plaintiff's claims in their

entirety, with prejudice.  Clerk to enter judgment.

       SO ORDERED.

Dated:     New York, NY
           January 28, 2010

_____
JED S. RAKOFF, U.S.D.J.